

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-20-00326-CV

———————————————————

IN THE INTEREST OF H.L., A CHILD

---

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-595838-16

---

Before Sudderth, C.J.; Womack and Wallach, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellants filed an "Emergency Notice of Appeal" on October 20, 2020, in which they state that they are appealing the trial court's denial of their petition for writ of habeas corpus. We sent Appellants a letter on October 27, 2020, noting our concern that we may not have jurisdiction over this appeal because the trial court clerk had informed this court that the trial judge has not signed an order in this case and that it appears there are no final judgments or orders subject to appeal. *See* Tex. R. App. P. 26.1(a). In the letter, we informed Appellants that they had until November 16, 2020, to furnish this court with a signed copy of the order they seek to appeal. We also advised Appellants that if no order had been signed and furnished to this court by November 16, 2020, this appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). Although Appellants filed a response to our letter, they have not furnished this court a signed copy of the order they seek to appeal, nor have they showed grounds for jurisdiction. Because we have no jurisdiction to address Appellants' appeal, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.1 (providing for filing of notice of appeal from date that judgment or order is "signed"), 43.2(f), 44.3; *see also Sammour v. Fed. Gov't*, No. 02-20-00268-CV, 2020 WL 6601596, at *1 (Tex. App.—Fort Worth Nov. 12, 2020, no pet. h.) (mem. op.) ("There is no signed order or judgment in this case. We therefore dismiss this appeal for want of jurisdiction.").

/s/ Dana Womack

Dana Womack
Justice

Delivered:  December 17, 2020